

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00043-CR

**JEREMY DEASHUN BROWN SR.,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 82nd District Court
Falls County, Texas
Trial Court No. 9570**

## MEMORANDUM OPINION

Appellant, Jeremy Deashun Brown Sr., has filed a motion requesting the dismissal of this appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and appellant and his attorney have personally signed the motion. *See id.* Accordingly, we grant the motion and hereby dismiss appellant's appeal.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed May 31, 2017
Do not publish
[CR25]

